# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| PINNACLE AGRICULTURE DISTRIBUTION, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV617-113 |
| ALVIE KIGHT, JR., | ) ) ) | |
| Defendant. | ) | |

## ORDER

Plaintiff filed this action, seeking to recover $252,956.95 from the defendant on an unpaid open account. *See* doc. 1 (Complaint). Defendant answered, doc. 9, and the parties conducted at least some discovery. *See* doc. 13 (Status Report). The Court granted an extension of time to complete discovery, and consequent extensions of other pending deadlines, on April 24, 2018. *See* doc. 15. Those extended deadlines have long since passed, without any further indication of progress from the parties. *See id.* (requiring all motions, excluding motions *in limine*, be filed by November 16, 2018).

Accordingly, **within 14 days** of the date of this Order, the plaintiff must respond and **SHOW CAUSE** why this case should not be dismissed

on abandonment grounds.  *See* Fed. R. Civ. P. 41(b); S.D. Ga. L.R. 41.1(c).; *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).  Failure to respond to this Order will result in a recommendation of dismissal of this action.

**SO ORDERED,** this 2nd day of April, 2019.

*/s/ Christopher L. Ray*
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia