# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| PINNACLE AGRICULTURE DISTRIBUTION, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV617-113 |
| ALVIE KIGHT, JR., | ) ) | |
| Defendant. | ) | |

## ORDER

Given the silence of the parties since receiving an extension of time to complete discovery over a year ago (doc. 15), the Court ordered the parties to show cause why the case should not be dismissed on abandonment grounds. Doc. 17. The parties have finally updated the Court that defendant filed for bankruptcy in June 2018, and explained that they believed the automatic stay imposed by those ongoing bankruptcy proceedings applied to this case. Defendant Alvie Kight's bankruptcy proceeding in the Southern District of Georgia, Case No. 18-60237, automatically **stays** the case. *See* 11 U.S.C. § 362. The parties therefore are **ORDERED** to file a joint status report informing the Court of the anticipated resolution of those bankruptcy proceedings within 180

days of service of this Order, and if no resolution is forthcoming, to continue updating the Court every 180 days until one is reached.

**SO ORDERED,** this  18th  day of April, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA