**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| PINNACLE AGRICULTURE DISTRIBUTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALVIE KIGHT, JR., <br><br> Defendant. | CIVIL ACTION NO.: 6:17-cv-113 |

## O R D E R

Presently before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 22.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court hereby **DISMISSES** this action **WITHOUT PREJUDICE**. The Clerk shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 20th day of November, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA